1010

[No. 20824-5-II.    Division Two.    October 31, 1997.]

*In the Matter of the Marriage of* ROBERTA PULSIFER, *Respondent*, and JAMES EDWARD BEVENS, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 95-3-00276-5, David E. Foscue, J., entered May 20, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Armstrong, J.; Hunt, J., dissenting.

[No. 21088-6-II.    Division Two.    October 31, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS LEE RUDD, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-1-00121-7, Milton R. Cox, J., entered August 20, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.

[No. 21530-6-II.    Division Two.    October 31, 1997.]

KENNETH W. JACKSON, *Respondent*, v. THE BOEING COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-00611-1, Thomas R. Sauriol, J., entered December 13, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Hunt, JJ.